**Order entered July 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00985-CV

### ALAA MOHAMAD WEISS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M0474358**

## ORDER

Before the Court is appellant's June 19, 2019 motion for summary judgment. We **DENY** the motion.

/s/    BILL WHITEHILL
       JUSTICE